UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -9 P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.
04-11314 PBS

ST. PAUL TRAVELERS, as successor in )
interest to ATLANTIN MUTUAL )
INSURANCE CO. Marine Division, subrogee )
of IBEX LLC, and IBEX, LLC, )
)
Plaintiffs, )
)
v. )
)
FAIRHAVEN SHIPYARD, INC. and A.I. )
MARINE ADJUSTERS, INC., a member of )
AMERICAN INTERNATIONAL GROUP, )
INC. )
)
Defendant, )

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the defendant, A.I. Marine Adjusters, Inc.

James J. Duane, III
B.B.O. # 136500
Robert M. Elmer
B.B.O. # 640269
Taylor, Duane, Barton
   & Gilman, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

I certify that on this 8th day of July, 2004, I served a copy of the above notice by mailing same, postage prepaid to all counsel of record.

Robert M. Elmer