UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11314 PBS

ST. PAUL TRAVELERS, as successor in )
interest to ATLANTIN MUTUAL )
INSURANCE CO. Marine Division, subrogee )
of IBEX LLC, and IBEX, LLC, )
)
Plaintiffs, )
)
v. )
)
FAIRHAVEN SHIPYARD, INC. and A.I. )
MARINE ADJUSTERS, INC., a member of )
AMERICAN INTERNATIONAL GROUP, )
INC. )
)
Defendants, )

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, A.I. MARINE ADJUSTERS, INC.

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, A.I. Marine Adjusters, Inc., hereby states that it is wholly owned by AIG Claim Services, Inc. AIG Claim Services, Inc.'s ultimate parent company is American International Group, Inc., a holding company incorporated in the State of Delaware.

American International Group, Inc. is a publicly traded company.

The Defendant,

A.I. MARINE ADJUSTERS, INC.,
By its Attorneys,

_____
James J. Duane, III
B.B.O. # 136500
Robert M. Elmer
B.B.O. # 640269
Taylor, Duane, Barton
    & Gilman, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 3, 2004.

_____
Robert M. Elmer