UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11314 PBS

ST. PAUL TRAVELERS, as successor in )
interest to ATLANTIN MUTUAL )
INSURANCE CO. Marine Division, subrogee )
of IBEX LLC, and IBEX, LLC, )
)
Plaintiffs, )
)
v. )
)
FAIRHAVEN SHIPYARD, INC. and A.I. )
MARINE ADJUSTERS, INC., a member of )
AMERICAN INTERNATIONAL GROUP, )
INC. )
)
Defendant, )

# MOTION OF THE DEFENDANT, A.I. MARINE ADJUSTERS, INC., TO DISMISS THE PLAINTIFFS' CLAIMS AGAINST A.I. MARINE ADJUSTERS, INC. OR, IN THE ALTERNATIVE, TO SEVER AND STAY THE CLAIMS

The defendant, A.I. Marine Adjusters, Inc. ("A.I. Marine"), respectfully moves this Court to dismiss, or in the alternative, sever and stay the claims against it in this action until the underlying claims against its insured, Fairhaven Shipyard, Inc. ("Fairhaven"), are resolved.

In support of its motion to dismiss or, in the alternative, sever and stay all proceedings against it, A.I. Marine submits the accompanying memorandum of law.

WHEREFORE, the defendant, A.I. Marine, respectfully requests that this Court dismiss or, in the alternative, sever and stay the claims asserted against it by the plaintiffs, St. Paul Travelers and IBEX, pending the resolution of the underlying claims against the co-defendant, Fairhaven Shipyard, Inc.

The Defendant,

A.I. MARINE ADJUSTERS, INC.,
By its Attorneys,

_/s/ Robert M. Elmer_
James J. Duane, III
B.B.O. # 136500
Robert M. Elmer
B.B.O. # 640269
Taylor, Duane, Barton
   & Gilman, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Robert M. Elmer, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiffs concerning said motion in an attempt to resolve or narrow the issue. I further certify that on this _3_ day of August, 2004, I served a copy of the above motion by mailing same, postage prepaid to all counsel of record.

_/s/ Robert M. Elmer_
Robert M. Elmer