08/25/04
Sky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11314 PBS

ST. PAUL TRAVELERS, as successor in )
interest to ATLANTIN MUTUAL )
INSURANCE CO. Marine Division, subrogee )
of IBEX LLC, and IBEX, LLC, )
 )
        Plaintiffs, )
 )
v. )
 )
FAIRHAVEN SHIPYARD, INC. and A.I. )
MARINE ADJUSTERS, INC., a member of )
AMERICAN INTERNATIONAL GROUP, )
INC. )
 )
        Defendants, )

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 30, 2004, counsel for the plaintiff, American International Specialty Lines Insurance Company, in the above action, have moved their offices to:

Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
617-654-8200
617-482-5350 - fax

The Defendant,
A.I. MARINE ADJUSTERS, INC.,
By its Attorneys,

/s/ Robert M. Elmer

James J. Duane, III
B.B.O. # 136500
Robert M. Elmer
B.B.O. # 640269
Taylor, Duane, Barton
   & Gilman, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 23, 2004.

/s/ Robert M. Elmer