UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************

ST. PAUL TRAVELERS, as successor
in interest to ATLANTIC MUTUAL
INSURANCE CO. Marine Division,
subrogee of IBEX LLC, and IBEX, LLC,

Civil Action No.
04-11314-PBS

　　　　　Plaintiffs,

v.

FAIRHAVEN SHIPYARD, INC., and
A.I. MARINE ADJUSTERS, INC.,
a member of AMERICAN INTERNATIONAL
GROUP, INC.,

　　　　　Defendants.
*****************************

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

　　　Please enter my appearance as attorney for the
defendant, FAIRHAVEN SHIPYARD, INC. in the above-entitled
action.

Respectfully submitted,

I hereby certify that a
true copy of the above
document was served upon
each attorney of record
by mail on August 31 ,
2004.

DATE: 8-31-04

John F. Leahy, Jr.
Attorney for the Defendant,
FAIRHAVEN SHIPYARD, INC.
Long & Houlden
100 Summer Street
Boston, MA  02110
(617) 439-4777
BBO# 289860