UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ST. PAUL TRAVELERS, as successor
in interest to ATLANTIC MUTUAL
INSURANCE CO. Marine Division,
subrogee of IBEX LLC, and IBEX, LLC,

       Plaintiffs,

v.

FAIRHAVEN SHIPYARD, INC., and
A.I. MARINE ADJUSTERS, INC.,
a member of AMERICAN INTERNATIONAL
GROUP, INC.,

       Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
04-11314-PBS

**RULE 7.1(a) AND LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, FAIRHAVEN SHIPYARD, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Fairhaven Shipyard, Inc., states that no corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Fairhaven Shipyard, Inc., hereby states that it is an individual, privately held, domestic profit corporation incorporated in the Commonwealth of Massachusetts and having a principle place of business at 50 Fort Street, Fairhaven, Massachusetts 02719.

Respectfully submitted,

*[signature: John F. Leahy, Jr.]*

John F. Leahy, Jr.
Attorney for the Defendant,
FAIRHAVEN SHIPYARD, INC.
Long & Houlden
100 Summer Street
Boston, MA  02110
(617) 439-4777
BBO# 289860

---

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on August 31, 2004.

*[signature: John F. Leahy, Jr.]*

DATE: 8-31-04