UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

St. Paul Travelers, et al
        Plaintiffs,                        CIVIL ACTION
                                            NO.   04-11314-PBS
      v.

Fairhaven Shipyard, Inc., et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                           September 7, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **October 28, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                    By the Court,


                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk


Copies to:  All Counsel