UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11314-PBS

ST. PAUL TRAVELERS, as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC

    Plaintiffs

v.

FAIRHAVEN SHIPYARD, INC., and A.I. MARINE ADJUSTERS, INC., a member of AMERICAN INTERNATIONAL GROUP, INC.,

    Defendants

PARTIES PROPOSED AGENDA FOR SCHEDULING CONFERENCE

The parties jointly propose the following schedule for the Scheduling Conference, set down for Thursday, October 28, 2004:

(1)    Facts of Case/Background;

(2)    Plaintiffs' Claims Against Fairhaven Shipyard;

(3)    Plaintiffs' Claims Against A.I. Marine Adjusters;

(4)    A.I. Marine Adjusters' Motion to Dismiss;

(5)    Possibility of Prompt Resolution;

(6)    Proposed Discovery Plan;

(7)    Schedule for the Filing of Motions; and

(8)     Referral to Magistrate Judge, or alternative dispute resolution.

| | |
|---|---|
| Plaintiffs, | Respectfully submitted,<br><br>Defendant, |
| ST. PAUL TRAVELERS as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC | FAIRHAVEN SHIPYARD, INC.<br><br>By its attorney, |
| By their attorney, | |
| s/ William Hewig, III | s/ John F. Leahy |
| _____ | _____ |
| William Hewig, III (BBO# 541910)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 | John F. Leahy, Esq. (BBO # 289860)<br>Long & Holden<br>100 Summer Street<br>Boston, MA 02110 |

Defendant,

A.I. MARINE ADJUSTERS, INC.

By its attorneys,

s/ Robert M. Elmer

_____

James J. Duane, III Esq. (BBO # 136500)
Robert M. Elmer, Esq. (BBO #640269)
Taylor Duane Barton and Gilman, LLP
111 Devonshire Street
Boston, MA 02109