UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25  P 2:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ST. PAUL TRAVELERS, as successor
in interest to ATLANTIC MUTUAL
INSURANCE CO. Marine Division,
subrogee of IBEX LLC, and IBEX, LLC,

      Plaintiffs,

v.

FAIRHAVEN SHIPYARD, INC., and
A.I. MARINE ADJUSTERS, INC.,
a member of AMERICAN INTERNATIONAL
GROUP, INC.,

      Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
04-11314-PBS

## CERTIFICATION

Defendant, FAIRHAVEN SHIPYARD, INC., hereby certifies that we have conferred with our attorney, John F. Leahy, Jr.:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CERTIFICATE OF SERVICE
I, Attorney for Fairhaven, hereby certify that I, this day, served a copy of the within document(s) by hand (first class mail, postage prepaid) to all counsel of record.
BBO# 289860
DATE: 10/25/04

_____
John F. Leahy, Jr.

FAIRHAVEN SHIPYARD, INC.
by:

_____
Ron Fortier, Vice President