UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

St. Paul Travelers, et al
Plaintiff,

        V.                                                  Civil Action Number
                                                           04-11314-PBS

Fairhaven Shipyard, Inc., et al
Defendant.                                                       October 28, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/30/05

Plaintiff's expert designation deadline: 5/15/05

Defendant's expert designation deadline: 5/30/05

Expert discovery deadline: 6/30/05

Summary Judgment Motion filing deadline: 7/15/05

Opposition to Summary Judgment Motions: 7/30/05

Hearing on Summary Judgment or Pretrial Conference: 8/10/05 at 2:00 p.m.

Bench Trial: 10/17/05 at 9:00 a.m.

Case to be referred to Mediation program:  January, 2005

                                                                         By the Court,

                                                                      /s/ Robert C. Alba
                                                                      Deputy Clerk