UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11314 PBS

ST. PAUL TRAVELERS, as successor in )
interest to ATLANTIN MUTUAL )
INSURANCE CO. Marine Division, subrogee )
of IBEX LLC, and IBEX, LLC, )
)
Plaintiffs, )
)
v. )
)
FAIRHAVEN SHIPYARD, INC. and A.I. )
MARINE ADJUSTERS, INC., a member of )
AMERICAN INTERNATIONAL GROUP, )
INC. )
)
Defendants, )

## CERTIFICATION OF COUNSEL AND PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)

The undersigned certify that we have conferred with regard to a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to the resolution of this litigation through the use of alternative dispute resolution programs.

The Defendant,
A.I. Marine Adjusters, Inc.

Thomas J. Hart

The Defendant,
A.I. Marine Adjusters, Inc.

By its Attorneys

*[signature]*

James J. Duane, III
B.B.O. #136500
Robert M. Elmer
B.B.O. #640269
TAYLOR, DUANE, BARTON
& GILMAN, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

**CERTIFICATE OF SERVICE**

I, Robert M. Elmer, hereby certify that on this 28 day of Oct, 2004, I served a copy of the above document, by mailing same, postage prepaid to all counsel of record.

*[signature]*
Robert M. Elmer

-2-