UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11314-PBS

ST. PAUL TRAVELERS, as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC

    Plaintiffs

v.

FAIRHAVEN SHIPYARD, INC., and A.I. MARINE ADJUSTERS, INC., a member of AMERICAN INTERNATIONAL GROUP, INC.,

    Defendants

PLAINTIFF DESIGNATION OF EXPERT WITNESSES

    Now come the plaintiffs, ST. PAUL TRAVELERS and IBEX LLC, and pursuant to this Court's Order dated November 3, 2004, designate their expert witnesses as follows:

(a)    Mr. R. Joel Sparrow, Marine Surveyor;
       Milligan and Sparrow, Inc.
       P.O. Box 566270
       Miami, FL 33256-6270

       Subject: Condition of hull and source of fuel leaks in April, 2004

(b)    Anthony Knowles, Marine Surveyor
       Newport Marine Surveyors' Group
       7 Baldwin Road
       Middletown, RI  02842

       Subject: Initial repairs to M/Y IBEX at Fairhaven Shipyard in 2001, and repair-related expenses

(c)    Theodore A. Toth
       President
       Applied Metals Science, Inc.
       Metallurgical Consulting
       4740 126th Avenue, Suite L-F
       Clearwater, FL 33762

       Subject: Cause of fuel leakage from portions of the hull/fuel tank repaired by Fairhaven Shipyard in 2001.

(d)     Michael Keyworth
        Brewer Cove Haven Marina
        101 Narrangansett Avenue
        Barrington, RI 02806

        Subject: Discovery and analysis of faulty welding repairs in summer, 2002 related to June 2001 grounding.

(e)     Peter W. Ebbutt, N.A.
        Marine Architect
        Ocean Motions
        2582 Fleming Grant Road
        Micco, FL 32976

        Subject: Causal analysis of faulty repairs to hull/fuel tanks of M/Y IBEX related to June 2001 grounding.

Plaintiffs will timely prepare, file and serve their F.R.C.P. 26(a)(2)(B) expert disclosures, and its F.R.C.P. 26(a)(3)(C) fact witness and exhibit disclosures within the time provided for by the Rule.

The plaintiffs reserve the right to seasonably supplement or amend their expert designation.

                                                 Respectfully submitted,

                                                 Plaintiffs,

                                                 ST. PAUL TRAVELERS and IBEX LLC

                                                 /s/ William Hewig III
                                                 William Hewig, III (BBO# 541910)
                                                 Kopelman and Paige, P.C.
                                                 31 St. James Avenue
                                                 Boston, MA 02116
                                                 (617) 556-0007

251328/61095/0002