**_LONG & HOULDEN_**
100 SUMMER STREET
BOSTON, MASSACHUSETTS 02110
TEL. (617) 439-4777 * FAX (617) 439-3153

| | |
|---|---|
| *ROBERT A. LONG, JR* | *STEVEN M. O'BRIEN* |
| *MICHAEL S. HOULDEN* | *PAUL A. LADAS* |
| *JOHN F. LEAHY, JR.* | *BRIAN KEANE* |
| *RICHARD J. POLIFERNO* | |

May 26, 2005

**HAND DELIVERED**
Clerk's Office
United States District Court For
The District of Massachusetts
One Courthouse Way
Boston, MA  02210

RE:  IBEX, LLC v. Fairhaven Shipyard, Inc., et. al.
     The United States District Court For The District of
     Massachusetts, Civil Action No. 04-11314-PBS

Dear Sir/Madam:

Enclosed please find the following documentation for filing in regard to the above-entitled action:

1. DEFENDANT, FAIRHAVEN SHIPYARD, INC.'S, DESIGNATION OF EXPERT WITNESS

Thank you for your attention to this matter.

Very truly yours,

John F. Leahy, Jr.

JFL/ag
Encls.
Cc:  William Hewig, III, Esq.
     James J. Duane, III, Esq.
     Robert M. Elmer, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ST. PAUL TRAVELERS, as successor
in interest to ATLANTIC MUTUAL
INSURANCE CO. Marine Division,
subrogee of IBEX LLC, and IBEX, LLC,
     Plaintiffs,

Civil Action No.
04-11314-PBS

v.

FAIRHAVEN SHIPYARD, INC., and
A.I. MARINE ADJUSTERS, INC.,
a member of AMERICAN INTERNATIONAL
GROUP, INC.,
     Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT, FAIRHAVEN SHIPYARD, INC.'S, DESIGNATION
OF EXPERT WITNESS**

Now comes the defendant, Fairhaven Shipyard, Inc., pursuant to the court's order dated November 3, 2004, and hereby designates its expert witness as follows:

1.    Joseph Lombardi
    Marine Surveyor & Consultant Ocean Technical Services
    P.O. Box 1576
    10 Washington Street
    Manchester, MA 01944
    Office: (978) 526-1894

Mr. Lombardi is expected to testify concerning the cause, necessity and reasonableness of repairs to the vessel IBEX at Fairhaven Marine in 2001 and subsequent repairs to the IBEX at Cove Haven Marine in 2002-2003.

The defendant reserves the right to supplement or amend its expert designation.

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon each attorney of record by mail on May 26, 2005. | Respectfully submitted,<br><br>_____<br>John F. Leahy, Jr.<br>Attorney for the Defendant,<br>FAIRHAVEN SHIPYARD, INC.<br>Long & Houlden<br>100 Summer Street, 11 FL<br>Boston, MA   02110<br>(617) 439-4777<br>BBO# 289860 |

DATE: 5-26-05