UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


St. Paul Travelers, et al
                    Plaintiff(s),                    CIVIL ACTION
                                                     NO.  04-11314-PBS

              v.

Fairhaven Shipyard, Inc., et al
                    Defendant(s).



**NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE**


SARIS, U.S.D.J.                                      July 12, 2005


        At the request of counsel, the Summary Judgment Motion Hearing/Pretrial Conference previously scheduled for August 10, 2005, has been **rescheduled** to **September 7, 2005, at 3:30 p.m.**




                                     By the Court,


                                      _/s/ Robert C. Alba_
                                     Deputy Clerk



Copies to:  All Counsel



resched.ntc