UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11314-PBS

ST. PAUL TRAVELERS, as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC

    Plaintiffs

v.

FAIRHAVEN SHIPYARD, INC., and A.I. MARINE ADJUSTERS, INC., a member of AMERICAN INTERNATIONAL GROUP, INC.,

    Defendants

PLAINTIFF'S ASSENTED TO MOTION FOR 30-DAY CONTINUANCE OF F.R.C.P. 26(a)(2)(B) EXPERT DISCOVERY DISCLOSURE

    Now comes the plaintiff, St. Paul Travelers, in the above-captioned case and respectfully moves that this Honorable Court continue by 30 days, from July 18, 2005 to August 17, 2005, the deadline for the parties to file and serve their F.R.C.P. 26(a)(2)(B) expert reports.  As good cause for this motion, the parties state as follows:

(1)    The parties have been endeavoring in good faith to resolve the case informally among themselves;

(2)    A 30-day continuance in the preparation and filing of expert reports will give the parties additional time to attempt to resolve the case, and to avoid the added expenditure for expert reports if that can be avoided;

(3)    A 30-day continuance in the disclosure of expert reports will not prejudice either party, nor will it interfere with the October 17, 2005 trial date; and

(4)    All parties assent to this motion.

2

WHEREFORE the plaintiff requests that this Honorable Court grant its motion and continue the F.R.C.P. 26(a)(2)(B) expert disclosures by 30 days from July 17, 2005 to August 17, 2005.

| Plaintiffs, | Respectfully submitted, |
|---|---|
| | Defendant, |
| ST. PAUL TRAVELERS as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC | FAIRHAVEN SHIPYARD, INC. |
| | By its attorney, |
| By their attorney, | |
| /s/ William Hewig III | /s/ John F. Leahy |
| William Hewig, III (BBO# 541910) | John F. Leahy, Esq. (BBO # 289860) |
| Kopelman and Paige, P.C. | Long & Holden |
| 31 St. James Avenue | 100 Summer Street |
| Boston, MA 02116 | Boston, MA  02110 |
| (617) 556-0007 | |

Defendant,

A.I. MARINE ADJUSTERS, INC.

By its attorneys,

 /s/ Robert M. Elmer
James J. Duane, III Esq. (BBO #136500)
Robert M. Elmer, Esq. (BBO # 640269)
Taylor Duane Barton and Gilman, LLP
111 Devonshire Street
Boston, MA 02109

255950/61095/0002