UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL TRAVELERS, as successor in interest to ATLANTIC MUTUAL INSURANCE CO., MARINE DIVISION, subrogee of IBEX LLC, and IBEX, LLC,<br><br>    Plaintiffs,<br>v.<br><br>FAIRHAVEN SHIPYARD, INC., and A.I. MARINE ADJUSTERS, INC., a member of AMERICAN INTERNATIONAL GROUP, INC.,<br>    Defendants. | C. A. No.: 04 11314 PBS |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that A.I. Marine Adjusters, Inc., a member of American International Group, Inc., be dismissed from this action without prejudice and without costs.


The Plaintiffs,
St. Paul Travelers and IBEX LLC,
By their attorney,

/s/ William Hewig, III
William Hewig, III
B.B.O. # 541910
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

The Defendant,
Fairhaven Shipyard, Inc.
By its attorney,

/s/ John F. Leahy, Jr.
John F. Leahy, Jr.
B.B.O. # 289860
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
(617) 439-4777

The Defendant,
A.I. Marine Adjusters, Inc.,
By its attorneys,

/s/ Robert M. Elmer
James J. Duane, III
B.B.O. # 136500
Robert M. Elmer
B.B.O. # 640269
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
(617) 654-8200

     I certify that on this 2nd day of August, 2005, I served a copy of the above pleading, on all counsel of record.

                                                       /s/ Robert M. Elmer
                                                       Robert M. Elmer