UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11314-PBS

| | |
|---|---|
| ST. PAUL TRAVELERS, as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC<br><br>    Plaintiffs<br><br>v.<br><br>FAIRHAVEN SHIPYARD, INC., and A.I. MARINE ADJUSTERS, INC., a member of AMERICAN INTERNATIONAL GROUP, INC.,<br><br>    Defendants | PLAINTIFF IBEX LLC'S FRCP 26(a)(3) WITNESS AND EXHIBIT LIST |

    Now comes the plaintiff IBEX LLC ("IBEX") and respectfully submits its FRCP 26(a)(3) witness and exhibit list.

(a)    <u>IBEX LLC'S WITNESSES</u>:

(1)    Mr. Don Podesla
        IDC Marina
        5 Marina Plaza
        Newport, RI 02840
        Tel: (401) 524-6662

(2)    Ms. Nancy C. Zachariades
        AMIM Marine Claims Supervisor
        Fireman's Fund McGee Marine Underwriters
        75 Wall Street, 18th Floor
        New York, NY 10005-2833

(3)    Mr. Joseph Barone
        Senior Technical Specialist
        St. Paul Travelers
        P.O. Box 531
        1200 The American Road
        Morris Plains, NJ  07950

(4)    Mr. Joel Sparrow
        Marine Surveyor

        Marine Adjusters, Inc.
        P.O. Box 566270
        Miami, FL 33256

(5)    Mr. Anthony Knowles
        Marine Surveyor
        Newport Marine Surveyors Group
        7 Baldwin Road
        Middletown, RI  02842

(6)    Mr. Theodore Toth
        Applied Metal Services, Inc.
        4740 126th Avenue, Suite 8L-F
        Clearwater, FL 33762

(7)    Mr. Michael J. Keyworth
        General Manager
        Brewer Cove Haven Marina
        101 Narragansett Avenue
        Barrington, R.I. 02806

(8)    Peter W. Ebbutt
        Marine Architect
        Ocean Motion
        2582 Fleming Grant Road
        Micco, FL 32976

(9)    Frederic G. Folsom

The plaintiff IBEX, LLC reserves the right to seasonably supplement its witness list before trial.

(b)    <u>IBEX, LLC'S EXHIBITS</u>:

The exhibits the plaintiff will rely upon are too numerous to list individually.  The parties have agreed to meet and mark exhibits prior to trial.  In general, however, IBEX, LLC's exhibits will consist of the following identifying categories:

    (1)    Ramada Inn invoices;

    (2)    Gateway Motor Inn invoices;

    (3)    Ocean Cliff Room Charges for Captain F. Folsom (August 2002-April 2003);

    (4)    Crew Time Sheets for 2002;

(5) Wage Records, Capt. F. Folsom, 7/14/02 – 2/12/03; 2/13/03 – 4/26/03;

(6) Wage Records, Capt. D. Greely;

(7) Wage Records, Capt. P. Hutchinson;

(8) Wage Records, S. Schroeder (crew);

(9) Brochure;

(10) Ship Drawings;

(11) Patton Marine Surveys;

(12) Marine Surveys, Milligan & Sparrow;

(13) Marine Surveys, Newport Marine Surveyors;

(14) Repair Invoices, Brewer's Cove Haven Marine;

(15) Repair Invoices, Fairhaven Shipyard;

(16) Atlantic Mutual Yacht Insurance Policy & Declaration Pages;

(17) Theodore A. Toth Marine Inspection Reports;

(18) Atlantic Mutual Claim File;

(19) IBEX, LLC Sales Lead Records 2002-2004;

(20) IBEX, LLC Loss of Business Records, 2002-2004;

(21) IBEX, LLC Sales Inquiry Records, 2002-2004;

(22) F. Folsom Employee Records;

(23) D. Greely Employment Records;

(24) P. Hutchinson Employment Records;

(25) S. Schroeder Employment Records;

(26) IBEX, LLC Paid Invoices from following vendors: Bill Nero cleaners; Corliss Diesel; Sanosuosso; Finnegan; Newport Shipyard (survey); Ocean Technical

      Services (survey); Moy Works; Home Depot; West Marine; Ocean Luck; One Step.

(27)    List of IBEX, LLC Captains and Crew;

(28)    Brewer's Cove Deck Repair Schedule;

(29)    List of IBEX, LLC Charter Rates 2004-2005 and proposed sales budget for 2004;

(30)    IBEX, LLC Profit and Loss Statements, 2002-2004

(31)    IBEX, LLC Budgets, 2002-2004

(32)    IBEX, LLC Charter Log, 2004

(33)    IBEX, LLC Catering Revenue details, 2004-2005.

Respectfully submitted,

Plaintiffs,

ST. PAUL TRAVELERS as successor in interest to ATLANTIC MUTUAL INSURANCE CO. Marine Division, subrogee of IBEX LLC, and IBEX, LLC

By their attorney,

 /s/ William Hewig III
William Hewig, III (BBO# 541910)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

275890/61095/0002