# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ST. PAUL TRAVELERS,
ET AL,
      Plaintiffs,

v.

FAIRHAVEN SHIPYARD,
INC., ET AL,
      Defendants.

CIVIL ACTION NO:
04-11314-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Prior to trial, counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, April 10, 2006.**

                                */s/ Robert B. Collings*
                                ROBERT B. COLLINGS
                                United States Magistrate Judge

March 9, 2006
Notice to:
William Hewig, III, Esquire

John F. Leahy, Jr., Esquire