UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ST. PAUL TRAVELERS, as successor
in interest to ATLANTIC MUTUAL
INSURANCE CO. Marine Division,
subrogee of IBEX LLC, and IBEX, LLC,
     Plaintiffs,
v.

FAIRHAVEN SHIPYARD, INC., and
A.I. MARINE ADJUSTERS, INC.,
a member of AMERICAN INTERNATIONAL
GROUP, INC.,
     Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
04-11314-PBS

**STIPULATION OF DISMISSAL**

THE PARTIES TO THE ABOVE-ENTITLED ACTION, PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P. 41 (a) (1) (ii), HEREBY STIPULATE THAT SAID ACTION BE DISMISSED WITH PREJUDICE AND WITHOUT COSTS.

| The Plaintiffs, | The Defendants, |
|---|---|
| St. Paul Travelers, | Fairhaven Shipyard, Inc. |
| as successor in interest | A.I. Marine Adjusters, Inc. |
| to Atlantic Mutual Insurance | A Member of American |
| Co. Marine Division, | International Group, Inc. |
| Subrogee of IBEX, LLC and | By their Attorney, |
| IBEX, LLC, | |
| By their Attorney | |
| William Hewig, III, Esq. | John F. Leahy, Jr., Esq. |
| Kopelman and Paige, P.C. | Long & Houlden |
| 31 St. James Avenue | 100 Summer Street |
| Boston, MA 02116 | Boston, MA 02110 |
| Tel. (617) 556-0007 | Tel. (617) 439-4777 |
| BBO# 541910 | BBO# 289860 |